# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Debtor<br>Alan M. Mann<br><br>PLAINTIFF(S)<br>v.<br><br>Appellee<br>Alan M. Mann<br><br>DEFENDANT(S). | CASE NUMBER<br><br>#: 2:08-cv-02556-SGL  (Entered JS-6)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, counsel have:

☐ failed to file the appropriate stipulation for dismissal, or

☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☒ Other:

Pursuant to Agreement for Dismissal of Appellate Proceedings, Docket No. 6,

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P. It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

| 12/29/08 | By | Jim Holmes, CRD |
|---|---|---|
| Date | | Deputy Clerk |

CV-85 (07/97)                                       ORDER DISMISSING CIVIL ACTION

1 PETER C. ANDERSON
UNITED STATES TRUSTEE
2 Jennifer L. Braun
Assistant U.S. Trustee
3 Brian D. Fittipaldi, CA SBN: 146864
United States Department of Justice
4 OFFICE OF THE UNITED STATES TRUSTEE
128 East Carrillo Street
5 Santa Barbara, California 93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103

ORIGINAL

FILED
OCT 3 1 ...

FILED
2008 APR 17 PM 3:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

ALAN M. MANN,

    Debtor.

PETER C. ANDERSON, UNITED STATES TRUSTEE,

    Appellant

    v.

ALAN M. MANN,

    Appellee.

Case Number SV 07-11118-KT

Chapter 7

CV08-02556 SGL

AGREEMENT FOR DISMISSAL OF APPELLATE PROCEEDINGS

TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:

    Now comes the Appellant, United States Trustee, by Trial Attorney Brian D. Fittipaldi, and the Appellee, Alan M. Mann, by Attorney Nathan Berneman, who, pursuant to Rule 8001(c)(2), Fed. R. Bankr. P., hereby agree to dismiss this appellate proceeding.

1

Wherefore, the parties pray that the Court enter an order dismissing this matter.

Dated: October 26, 2007

Respectfully submitted,
Peter C. Anderson
UNITED STATES TRUSTEE

By: /s/ Brian D. Fittipaldi
Brian D. Fittipaldi
Trial Attorney

Dated: October ___, 2007

Debtor, Alan M. Mann

By: _____
Nathan Berneman
Attorney for the Debtor

2

Oct 26 07 03:54p   Nathan A. Berneman   (805) 492-7065   p.2

OCT-26-2007 FRI 02:58 PM USDOJ/OUST-SANTA BARBARA   FAX NO. 8059574103   P. 03

Wherefore, the parties pray that the Court enter an order dismissing this matter.

Dated: October 26, 2007

Respectfully submitted,
Peter C. Anderson
UNITED STATES TRUSTEE

By: _____
Brian D. Fittipaldi
Trial Attorney

Dated: October 26, 2007

Debtor, Alan M. Mann

By: _____
Nathan Berneman
Attorney for the Debtor

2

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, state of California, in the Office of the United States Trustee under the supervision of a member of the bar of this Court at whose direction the service hereinafter described was made; I am over the age of 18 and not a party to the within action; and my business address is: 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367.

On October 31, 2007, I served the foregoing document described as: **AGREEMENT FOR DISMISSAL OF APPELLATE PROCEEDINGS**, on the interested parties at their last known addresses in the action by placing a true and correct copy thereof in a sealed envelope with sufficient postage thereon fully prepaid, in the United States Mail at Woodland Hills, California, addressed as follows:

**DEBTOR:**
Alan M. Mann
1640 Yosemite Apt. 201F
Simi Valley, CA 93063

**DEBTOR'S ATTORNEY:**
Nathan A. Berneman, Esq.
3835-R E Thousand Oaks Blvd., Suite 152
Westlake Village, CA 91362

**CHAPTER 7 TRUSTEE:**
Amy Goldman
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2007

Gabriel A. Rodriguez
Legal Clerk, U.S. Trustee's Office

3

# NOTICE PARTY SERVICE LIST

**Case No.** CV 08-02556 SGL     **Case Title** IN RE: ALAN M. MANN, DEBTOR

**Title of Document** Minute Order re: Agreement for Dismissal of Appellate Proceedings, Docket No. 6

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| ✓ | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail: Prosper.Pierre@Arentfox.com

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

**Initials of Deputy Clerk** jh